**DISMISS and Opinion Filed December 13, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01286-CV

**PETER BEASLEY, Appellant**

**V.**

**SOCIETY OF INFORMATION MANAGEMENT, DALLAS AREA CHAPTER, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-03141**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Francis, and Justice Stoddart
Opinion by Chief Justice Wright

Before the Court is appellant's motion to dismiss the appeal. Appellant no longer wishes to pursue this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

171286F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PETER BEASLEY, Appellant

No. 05-17-01286-CV     V.

SOCIETY OF INFORMATION
MANAGEMENT, DALLAS AREA
CHAPTER, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-03141.
Opinion delivered by Chief Justice Wright.
Justices Francis and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee SOCIETY OF INFORMATION MANAGEMENT, DALLAS AREA CHAPTER, recover its costs of this appeal from appellant PETER BEASLEY.

Judgment entered December 13, 2017.